```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

IN RE:                                      CASE NO. 07 B 14315
    DARIUS L TATE
    SATRICE REED TATE                       CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-2725    SSN XXX-XX-9834

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/09/2007 and was confirmed 11/05/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 01/13/2009.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 645.12 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1414.89 | .00 | .00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| DELL FINANCIAL SERVICES | SECURED | .00 | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 2042.85 | .00 | 20.00 |
| WELLS FARGO AUTO FINANCE | SECURED VEHIC | 6500.00 | 513.73 | 628.49 |
| WELLS FARGO AUTO FINANCE | UNSECURED | 9126.37 | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN HONDA FINANCE C | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |
| AFFORDABL FU | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 230.43 | .00 | .00 |
| HOUSEHOLD FINANCE CORPOR | UNSECURED | 4504.42 | .00 | .00 |
| BUREAU OF COLLECTION REC | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | FILED LATE | 3105.00 | .00 | .00 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 422.09 | .00 | .00 |
| SIR FINANCE | UNSECURED | 1923.00 | .00 | .00 |
| TIAA CREF | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,974.00 | | 2,342.97 |
| TOM VAUGHN | TRUSTEE | | | 269.81 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------

            PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 14315 DARIUS L TATE & SATRICE REED TATE

```
TRUSTEE                            3,775.00

PRIORITY                                                     .00
SECURED                                                   628.49
        INTEREST                                         513.73
UNSECURED                                                  20.00
ADMINISTRATIVE                                         2,342.97
TRUSTEE COMPENSATION                                     269.81
DEBTOR REFUND                                               .00
                          ---------------    ---------------
TOTALS                            3,775.00          3,775.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 03/17/09           _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE